District Judge James L. Robart
Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GURDEEP DHILLON SINGH,

          Petitioner,

    v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

          Respondents.

CASE NO.  19-1444  JLR-MAT
STIPULATED ORDER FOR
DISMISSAL

Noted for Consideration on:
**February 19, 2020**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the voluntary dismissal of the above-captioned action with each party to bear their own fees or costs.  The parties also agree that the temporary stay of removal (Dkt. No. 3) be vacated.

//
//
//

1    Respectfully submitted,

2    DATED this 19th day of February, 2020.

3
4              */s/ Jennifer Lesmez*
     JENNIFER LESMEZ, WSBA #34547
5    Law Offices of Jennifer Lesmez
     P.O. Box 1797
6    Allyn, WA 98524
     Phone:  509-424-8697
7    Email:  jlesmez@aol.com
8    *Attorney for Petitioner*

9

10

11

12   BRIAN T. MORAN
     United States Attorney
13

14   */s/ Michelle R. Lambert*
     MICHELLE R. LAMBERT, NYS #4666657
15   Assistant United States Attorney
     United States Attorney's Office
16   700 Stewart Street, Suite 5220
17   Seattle, Washington  98101-1271
     Phone:  206-553-7970
18   Email:  michelle.lambert@usdoj.gov
19   *Attorneys for Respondents*

20

21

22

23

24

25

26

27

28

STIPULATED ORDER FOR DISMISSAL
C19-1444-JLR-MAT - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED and the temporary stay of removal is VACATED.  The case is dismissed.

SO ORDERED.

DATED this 19th day of _____February_____, 2020.

_____
DISTRICT JUDGE JAMES L. ROBART
UNITED STATES DISTRICT COURT

Recommended for entry this _____ of _____, 2020.

_____
MARY A. THEILER
Magistrate Judge

STIPULATED ORDER FOR DISMISSAL
C19-1444-JLR-MAT - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970